NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## TONY COLIDA
*Plaintiff-Appellant,*

v.

## PANASONIC CORPORATION OF NORTH AMERICA AND PANSONIC CORPORATION,
*Defendants-Appellees.*

---

2011-1423

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 09-CV-1786, Judge Matthew F. Kennelly.

---

## ON MOTION

---

Before LOURIE, *Circuit Judge.*

## ORDER

Tony Colida moves for an extension of time to file a motion for leave to proceed in forma pauperis and other documents.  Panasonic Corporation of North America, et al. oppose Colida's request for leave to proceed in forma pauperis.  We note that the United States District Court

for the Northern District of Illinois denied Colida's request for leave to proceed in forma pauperis below. Additionally, in a prior appeal involving the same parties, *Colida v. Panasonic Corp.*, 2009-1582, this court affirmed the district court's order denying Colida's request for leave to proceed in forma pauperis in that case.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    Colida's motion for an extension of time is granted.

(2)    Colida's motion for leave to proceed in forma pauperis is denied. The docketing fee must be paid within 14 days from the date of filing of this order.

FOR THE COURT

___SEP 0 1 2011___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Tony Colida
     Scott A. Timmerman, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 1 2011

JAN HORBALY
CLERK